UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In Re: <br><br> **CURTIS JAMES JACKSON, III,** <br><br> Debtor. <br><br> _____ <br><br> **CURTIS JAMES JACKSON, III,** <br><br> Appellant, <br><br> v. <br><br> **REED SMITH LLP AND PETER RAYMOND,** <br><br> Appellees. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : **CIVIL ACTION** <br> : **CASE NO. 3:21-CV-00911 (VLB)** <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

## NOTICE OF DECISION IN RELATED MATTER

Appellees, Reed Smith LLP and Peter Raymond (together "Reed Smith"), hereby submit this Notice to inform the Court that on May 10, 2023 a Memorandum of Decision and Order was issued by the Bankruptcy Court for the District of Connecticut in the underlying bankruptcy case from which the above-captioned appeal has been taken. The Memorandum of Decision addresses the Fee Objection Hearing which took place in 2022 after this Court denied Appellant's Motion to Stay that hearing on May 26, 2022 (ECF No. 34). Attached hereto as Exhibit A for the Court's information is a copy of the Bankruptcy Court's Memorandum of Decision.

| | |
|---|---|
| **Dated: May 15, 2023** | Respectfully submitted,<br><br>**AXINN, VELTROP & HARKRIDER LLP**<br><br><u>*/s/ Thomas G. Rohback*</u><br>**Thomas G. Rohback (ct01096)**<br>**90 State House Square**<br>**Hartford, CT 06103**<br>**Tel:  860.275.8110**<br>**Fax: 860.275.8101**<br>**Email: trohback@axinn.com**<br><br>**Craig M. Reiser, admitted** *pro hac vice*<br>**114 West 47th Street**<br>**New York, NY 10036**<br>**Tel:  212.728.2218**<br>**Fax: 212.728.2204**<br>**Email: creiser@axinn.com**<br><br>*Attorneys for Defendants-Appellees*<br>*Reed Smith LLP and Peter Raymond* |

**CERTIFICATE OF SERVICE**

I, Thomas G. Rohback, certify that on May 15, 2023, I caused the foregoing Brief for Defendants-Appellees, to be served via CM/ECF on counsel of record.

*/s/ Thomas G. Rohback*
**Thomas G. Rohback (ct01096)**
**AXINN, VELTROP & HARKRIDER LLP**
**90 State House Square**
**Hartford, CT 06103**
**Tel: 860.275.8110**
**Fax: 860.275.8101**
**Email: trohback@axinn.com**